AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

FILED
September 29, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ EP _____
DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Jenna Leigh Roark<br><br>Defendant(s) | Case No. EP:22-M-02384-LS |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __September 26, 2022__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2 | Aiding and abetting |
| 18 USC 1203 (a) | Hostage taking |

This criminal complaint is based on these facts:
See Attached

☒ Continued on the attached sheet.

_Complainant's signature_

Liliana F. Olivas, FBI Special Agent
_Printed name and title_

Warrant sworn to telephonically on
__September 29, 2022__ at __06:35 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**
~~Sworn to before me and signed in my presence.~~

Date: __09/29/2022__

_Judge's signature_

City and state: __El Paso, Texas__        Leon Schydlower, U.S. Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent ("SA") Liliana Olivas hereinafter "Affiant," being duly sworn do hereby depose and state:

1. Affiant is a SA with the Federal Bureau of Investigation ("FBI") assigned to the El Paso Division. Affiant has been employed with the FBI as an SA since May of 2019 and is currently assigned to a squad that investigates violent crimes and gangs. Affiant knows that the aiding and abetting of hostage taking and demanding of money in exchange for the release of a person as well as the hostage taking and demanding of money in exchange for the release of a person is a violation of Title 18, United States Code, Sections 2 and 1203(a). The statements contained in the Affidavit are based on the Affiant's experience, background as an SA, and information provided by other law enforcement officers ("Investigators").
2. The information contained herein is based upon Affiant's investigation as well as the information supplied by other Investigators. Your Affiant has not included all facts known concerning this matter but only facts necessary to set forth probable cause.
3. On September 26, 2022, the FBI was notified by St. Petersburg Police Department in Florida that an individual, hereinafter referred to as "Victim", a Honduran national, was separated from her infant son, hereinafter, "Son" and was being extorted for money in exchange for the safe return of Son. At the time this report was made, Victim was residing in Florida.
4. In May 2022, Victim claimed to have crossed the United States/ Mexico Border with Son. Victim approached an unknown male and female, in an El Paso apartment complex, and asked for directions to the nearest bus Grey Hound bus station. The unknown male and female offered her a ride. While enroute to the bus station, the unknown female only known to Victim as "Jane," told Victim that Jane was going to keep Son. Victim and Jane exchanged phone numbers and Jane advised Victim they would be in contact. Jane would periodically send Victim pictures and videos of Son and Victim and Son would speak on the phone two to three times a week. The phone number Victim would contact to get updates on her son was a number with a 505 area code ending in 8579.
5. Victim was told by Jane that she had to pay $8,000 in exchange for her son. The price later changed to $5,800.
6. On September 16, 2022, Jenna Leigh Roark (ROARK) was arrested by Texas Department of Public Safety (DPS) Criminal Investigations Division for smuggling of persons. Prior to the arrest, ROARK had stopped at a Motel 6 in El Paso, Texas, which is in the Western District of Texas, and picked up three individuals. ROARK was later pulled over by Texas Highway Patrol and it was determined that the three individuals that ROARK picked up were undocumented. In the passenger seat of the vehicle ROARK was driving was ROARK's daughter, hereinafter referred to as "Daughter #1". Daughter #1 was holding an infant child that ROARK claimed belonged to her other daughter, hereinafter referred to as "Daughter #2". ROARK said that the child's name was Aiden Smith and his date of birth was 05/19/2021. ROARK claimed she had Aiden's birth certificate at her place of residence in Mexico.
7. Shortly thereafter, Daughter #2 arrived in El Paso, Texas from Albuquerque, New Mexico and stated the child in question was Aiden Javael Smith and gave a date of birth for the child of May 19, 2020. Daughter #2 further stated that she was not the biological mother of the child but rather that Daughter #2's fiancé was the biological mother. Due to conflicting stories and not being able to identify the child, Child Protective Services was called to take possession of the child and has

been in their custody since that date. Neither CPS nor law enforcement knew that this child was in fact Son.

8. On September 26, 2022, the Federal Bureau of Investigations El Paso Division learned from the St. Petersburg Police Department that the Victim's son was possibly both being held for ransom and in danger somewhere in El Paso, Texas. The St. Petersburg Police Department also provided with the phone number that Victim believed was associated with Son's captors. Agents used investigative techniques to locate the general area where the cellular phone using this phone number was then operating..Agents determined that this phone was near downtown El Paso. Database checks were conducted on this phone number and showed that the phone number had been utilized by a Jenna L. Roark. Further checks revealed that ROARK was being investigated by Texas DPS for alien smuggling.
9. Texas DPS CID Special Agent (SA) Skirmont was contacted by Affiant to gather more information on ROARK. SA Skirmont advised Affiant that ROARK was previously arrested by their department the previous week and a child was taken into CPS custody. As a result, a state arrest warrant was issued for ROARK. Photos of the child that SA Skirmont had were provided to VICTIM who confirmed that the child in the photographs was Son. Son had been in Child Protective Services since September 16, 2022.
10. ROARK was taken into custody by Texas DPS and interviewed. During the interview, ROARK stated that her husband was in trouble with the mafia in Juarez known as La Empresa. ROARK admitted that she was previously detained by immigration for picking up people who had entered the United States illegally. There was a group of 29 people who entered the United States illegally she needed to pick up and had only picked up four people.
11. ROARK also admitted that Son was sent to her by a man in Mexico. The man in Mexico only known as Richard kept Son and sent Victim and her other two children across the border. Son was eventually brought to the United States by an unknown female and ROARK was supposed to care for the child until payment by Victim was made.
12. ROARK stated that when ROARK would speak to Victim, ROARK would tell Victim that Victim needed to pay $5,800. ROARK stated that Victim owed $5,800 for one child and a total of $10,000. ROARK was instructed that she could not take anyone's word but Richard's that payment for the child was made. Once payment was made the Son could be released.

_[signature]_

Special Agent Liliana F. Olivas

Federal Bureau of Investigation

SUBSCRIBED AND SWORN TO ME ON September 29, 2022.

_[signature]_

LEON SCHYDLOWER

UNITED STATES MAGISTRATE JUDGE